BOYD B. MOSS III, ESQ.
Nevada Bar No. 8856
boyd@mossberglv.com
DRUE R. SOLOMON, ESQ.
Nevada Bar No. 14276
drue@mossberglv.com
MOSS BERG INJURY LAWYERS
5420 West Sahara Avenue, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 222-4555
Facsimile: (702) 222-4556
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SELENE OLIVIA CORONA VILLA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LOYA INSURANCE COMPANY dba FRED LOYA INSURANCE; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | **CASE NO. 2:25-CV-00378**<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**[FIRST REQUEST]** |

The parties to this action, Plaintiff, SELENE OLIVIA CORONA VILLA ("Plaintiff"), and Defendant, LOYA INSURANCE COMPANY dba FRED LOYA INSURANCE ("Defendant") and (collectively, the "Parties"), by their respective counsel, hereby stipulate and request that the Court approve their request to extend the discovery deadline until November 3, 2025, pursuant to Local Rule IA 6-1 and Local Rule 26-3.

Pursuant to Local Rule IA 6-1(a), the parties hereby aver that this is the first discovery extension requested in this matter.

### DISCOVERY COMPLETED TO DATE

- The parties conducted an FRCP 26(f) conference on May 28, 2025.

- The parties served and exchanged their respective FRCP 26(a) initial disclosures.
- Plaintiff served upon Defendant one set of Requests for Admissions, Interrogatories and Requests for Production of Documents on July 24, 2025. Defendant has not served their responses.

### DISCOVERY TO BE COMPLETED

- PMK Deposition of Defendant.
- Plaintiff's Deposition.

The parties aver, pursuant to Local Rule 26-3, that good cause exists for the requested extension. The parties have been working diligently to complete depositions.

The parties warrant and represent that this extension is in good faith and not for purposes of delay. As such, the parties are only requesting a sixty-day extension of the discovery deadlines.

### [PROPOSED] NEW DISCOVERY DEADLINES

Initial Expert Disclosures

    Currently: October 2, 2025

    Proposed: **November 1, 2025**

Rebuttal Expert Disclosures

    Currently: October 30, 2025

    Proposed: **November 29, 2025**

Discovery Cut-Off Date

    Currently: December 1, 2025

    Proposed: **December 31, 2025**

Dispositive Motion Deadline

    Currently: December 31, 2025

    Proposed: **January 30, 2026**

Joint Proposed Pre-Trial Order

      Currently: January 30, 2026

      Proposed: **March 1, 2026 or 30 days after resolution of dispositive motions per Local Rule 26-1(b)(5).**

      If this extension is granted, all remaining discovery mentioned above should be concluded within the stipulated extended deadline. The parties aver that this request for extension of discovery deadlines is made by the parties in good faith and not for the purpose of delay.

DATED this 19 day of September, 2025      DATED this 29th day of September 2025

**MOSS BERG INJURY LAWYERS**      **RESNICK & LOUIS, P.C.**

By: _____      By: /s/ Bradley Johnson
BOYD B. MOSS III, ESQ.      M. BRADLEY JOHNSON, ESQ.
Nevada Bar No. 8856      Nevada Bar No. 4646
boyd@mossberglv.com      bjohnson@sjwlawfirm.com
DRUE R. SOLOMON, ESQ.      8985 S. Eastern Avenue, Ste. 200
Nevada Bar No. 14276      Las Vegas, Nevada 89123
drue@mossberglv.com      *Attorneys for Defendant*
5420 W. Sahara Ave., Ste 110
Las Vegas, Nevada 89146
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 1, 2025

Outlook

**RE: [External] Villa v. Loya**

| | |
|---|---|
| **From** | Bradley Johnson <bjohnson@sjwlawfirm.com> |
| **Date** | Mon 9/29/2025 11:56 AM |
| **To** | Candace Wiltsie <candace@mossberglv.com>; Stephanie Jensen <SJensen@sjwlawfirm.com> |
| **Cc** | Boyd Moss <Boyd@mossberglv.com>; Elise <elise@mossberglv.com>; Drue Solomon <Drue@mossberglv.com> |

Yes you may


# M. Bradley Johnson, Esq.

Schnitzer, Johnson & Watson, Chtd.
LAS VEGAS
www.sjwlawfirm.com


Christian, Johnson Sluga & Mushmeche, LLC
LAS VEGAS   PHOENIX
www.cjsmlaw.com


8985 Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Direct:            702 222-4145
Office:            702 362-6666
KSJ Fax:          702 362-2203
CKDJS Fax:     702 992-1000
Email:             bjohnson@sjwlawfirm.com

**From:** Candace Wiltsie <candace@mossberglv.com>
**Sent:** Monday, September 29, 2025 11:00 AM
**To:** Bradley Johnson <bjohnson@sjwlawfirm.com>; Stephanie Jensen <SJensen@sjwlawfirm.com>
**Cc:** Boyd Moss <Boyd@mossberglv.com>; Elise <elise@mossberglv.com>; Drue Solomon <Drue@mossberglv.com>
**Subject:** Re: [External] Villa v. Loya
**Importance:** High

Good Morning Mr. Johnson,

    I am following up on the proposed SAO to Extend Discovery Deadlines in the above referenced matter, as we have deadlines this week? May I affix your e-signature?

Regards,

*Candace Wiltsie, Paralegal*

MOSS BERG INJURY LAWYERS
5420 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 222-4555
Facsimile: (702) 222-4556
candace@mossberglv.com
www.mossberginjurylaw.com



CONFIDENTIALITY NOTICE: The information contained in this e-mail message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. Nothing in this e-mail should be construed as an electronic signature or an act constituting a binding contract. If you have received this communication in error, please immediately notify us at (702) 222-4555. Thank you.

---

**From:** Candace Wiltsie <candace@mossberglv.com>
**Sent:** Friday, September 19, 2025 1:38 PM
**To:** Bradley Johnson <bjohnson@sjwlawfirm.com>; Stephanie Jensen <SJensen@sjwlawfirm.com>
**Cc:** Boyd Moss <Boyd@mossberglv.com>; Elise <elise@mossberglv.com>; Drue Solomon <Drue@mossberglv.com>
**Subject:** Re: [External] Villa v. Loya

Good Afternoon Mr. Johnson,

    Please find attached the proposed SAO to Extend Discovery Deadlines in the above referenced matter, Please advise if you would like to make any changes or if I can affix your e-signature.


Regards,

*Candace Wiltsie, Paralegal*

MOSS BERG INJURY LAWYERS

5420 W. Sahara Avenue, Suite 101

Las Vegas, Nevada 89146

Telephone: (702) 222-4555